UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Ford Motor Credit Company LLC
_____,
                        Plaintiff(s),

                                                    ***MEDIATION***
                                                    ***CERTIFICATION***

                                                    13_____ - cv - 1214_____

                        v.

McCarthy Acquisition Corporation
_____,
                        Defendant(s).


I hereby certify that:

☐  The mediation session scheduled for_____ has been adjourned to
_____.

☐  Case settled prior to the first mediation session.

☑  Mediation session was held on _____11/07/17_____.

    ☐  *Case has settled.* (Comment if necessary).

    ☐  *Case has not settled.* Mediation will continue on _____.

    ☑  *Case has not settled.* Mediation is complete. The case will proceed toward
       trial pursuant to the Court's scheduling order.


*Date:* _____11/07/17_____          *Mediator: /S/* Sharon M. Porcellio_____


*Additional Comments:*
_____
_____
_____


Save PDF   Clear Form